**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| GREGORY SCOTT DARLIN, ) | Case No. 20-11282-BFK |
| ) | Chapter 7 |
| Debtor. ) | |

**ORDER TRANSFERRING CASE TO THE
WESTERN DISTRICT OF VIRGINIA**

On June 9, 2020, the Court held a hearing on the Court's Order requiring the Debtor to appear and show cause why this case should not be transferred to the Western District of Virginia. Docket No. 9. The *pro se* Debtor appeared telephonically at the hearing. For the reasons stated on the record, it is

**ORDERED:**

1. This case is transferred to the Western District of Virginia.

2. The Clerk shall transmit the record in this case to the Clerk of the United States Bankruptcy Court for the Western District of Virginia.

3. The Clerk shall mail copies of this Order, or provide electronic notice of its entry, to the parties below.

Date: Jun 9 2020

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: June 11, 2020

Copies to:

Gregory Scott Darlin
112 Sunset Circle
Cross Junction, VA 22625
*Pro Se Debtor*

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct.
Vienna, VA 22182
*Chapter 7 Trustee*

A TRUE COPY TESTE:
WILLIAM C. REDDEN CLERK

BY: C. Michelle Regan
DEPUTY CLERK